B5 (Official Form 5) (12/07)

| United States Bankruptcy Court<br>Southern District of Florida | INVOLUNTARY PETITION |
|---|---|

| IN RE (Name of Debtor - If Individual: Last, First, Middle)<br>**BANYON INCOME FUND, LP** | ALL OTHER NAMES used by debtor in the last 8 years<br>(Include married, maiden, and trade names) |
|---|---|
| Last four digits of Social-Security or other Individual's Tax-I.D. No./Complete EIN<br>(If more than one, state all.)<br>**26-477919** | |
| STREET ADDRESS OF DEBTOR (No. and street, city, state and zip code)<br>**2455 E. Sunrise Blvd., Suite PHS**<br>**Ft. Lauderdale, FL**<br>COUNTY OF RESIDENCE OR PRINCIPAL PLACE OF BUSINESS: **BROWARD** | MAILING ADDRESS OF DEBTOR (If different from street address) |
| ZIP CODE **33304** | ZIP CODE |
| LOCATION OF PRINCIPAL ASSETS OF BUSINESS DEBTOR (If different from previously listed addresses) | |

CHAPTER OF BANKRUPTCY CODE UNDER WHICH PETITION IS FILED

☑ Chapter 7    ☐ Chapter 11

**INFORMATION REGARDING DEBTOR (Check applicable boxes)**

| Nature of Debts<br>(Check one box.) | Type of Debtor<br>(Form of Organization) | Nature of Business<br>(Check one box) |
|---|---|---|
| Petitioners believe:<br>☐ Debts are primarily consumer debts<br>☑ Debts are primarily business debts | ☐ Individual (Includes Joint Debtor)<br>☐ Corporation (Includes LLC and LLP)<br>☑ Partnership<br>☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.) | ☐ Health Care Business<br>☐ Single Asset Real Estate as defined in 11 U.S.C. § 101(51)(B)<br>☐ Railroad<br>☐ Stockbroker<br>☐ Commodity Broker<br>☐ Clearing Bank<br>☑ Other |

| VENUE | FILING FEE (Check one box) |
|---|---|
| ☐ Debtor has been domiciled or has had a residence, principal place of business, or principle assets in the District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.<br>☑ A bankruptcy case concerning debtor's affiliate, general partner or partnership is pending in this District. | ☑ Full Filing Fee attached<br>☐ Petitioner is a child support creditor or its representative, and the form specified in § 304(g) of the Bankruptcy Reform Act of 1994 is attached.<br>[If a child support creditor or its representative is a petitioner, and if the petitioner files the form specified in § 304(g) of the Bankruptcy Reform Act of 1994, no fee is required.] |

PENDING BANKRUPTCY CASE FILED BY OR AGAINST ANY PARTNER OR AFFILIATE OF THIS DEBTOR (Report information for any additional cases on attached sheets)

| Name of Debtor<br>**Banyon 1030-32, LLC** | Case Number<br>**10-33691** | Date<br>**08/12/2010** |
|---|---|---|
| Relationship<br>**Affiliate** | District<br>**Florida, Southern District** | Judge<br>**Raymond B. Ray** |

**ALLEGATIONS** (Check applicable boxes) | COURT USE ONLY

1. ☑ Petitioner(s) are eligible to file this petition pursuant to 11 U.S.C. §303(b).
2. ☑ The debtor is a person against whom an order for relief may be entered under title 11 of the United States Code.
3.a. ☑ The debtor is generally not paying such debtor's debts as they become due, unless such debts are the subject of a bona fide dispute as to liability or amount;

or

b. ☐ Within 120 days preceding the filing of this petition, a custodian, other than a trustee, receiver, or agent appointed or authorized to take charge of less than substantially all of the property of the debtor for the purpose of enforcing a lien against such property, was appointed or took possession.

B5 (Official Form 5) (12/07) – Page 2

Name of Debtor **BANYON INCOME FUND, LP**

Case No. _____

## TRANSFER OF CLAIM

☐ Check this box if there has been a transfer of any claim against the debtor or to any petitioner. Attach all documents that evidence the transfer and any statements that are required under Bankruptcy Rule 1003(a).

## REQUEST FOR RELIEF

Petitioner(s) request that an order for relief be entered against the debtor under the chapter of title 11, United States Code, specified in this petition. If any petitioner is a foreign representative appointed in a foreign proceeding, a certified copy of the order of the court granting recognition is attached.

Petitioner(s) declare under penalty of perjury that the foregoing is true and correct according to the best of their knowledge, information, and belief.

x _____
Signature of Petitioner or Representative (State title)

**D & L Partners, L.P.***     11/4/11
Name of Petitioner     Date Signed

Name & Mailing Address of Individual Signing in Representative Capacity:
Douglas J. Von Allmen
c/o Conrad & Scherer, LLP
633 S. Federal Hwy, Ft. Laud., FL
Pres. of D & L Mgmt Corp., GP

x _____
Signature of Petitioner or Representative (State title)

**The Von Allmen Dynasty Trust***     11/4/11
Name of Petitioner     Date Signed

Name & Mailing Address of Individual Signing in Representative Capacity:
Linda L. Von Allmen
c/o Conrad & Scherer, LLP
633 S. Federal Hwy, Ft. Laud., FL
Trustee

x _____
Signature of Petitioner or Representative (State title)

**Dean Kretschmar***     11/4/11
Name of Petitioner     Date Signed

Name & Mailing Address of Individual Signing in Representative Capacity:
Dean Kretschmar
c/o Conrad & Scherer, LLP
633 S. Federal Hwy, Ft. Laud., FL
Individual

x _____
Signature of Attorney     Date: Jon Davis Rosendorf

**KOZYAK TROPIN & THROCKMORTON, P.A.**
Name of Attorney Firm (If any)

2525 Ponce De Leon
9th Floor
Miami, FL 33134
Address

(305) 372-1800     Fla Bar No. 652441
Telephone No.

x _____ 11/4/11
Signature of Attorney     Date

**CONRAD & SCHERER, LLP**
Name of Attorney Firm (If any)

633 South Federal Highway
Ft. Lauderdale, FL 33301
Address

(954) 847-3324
Telephone No.

*Petitioning Creditors are represented by both law firms.

B5 (Official Form 5) (12/07) – Page 3

Name of Debtor: **BANYON INCOME FUND, LP**

Case No.

| PETITIONING CREDITORS | | |
|---|---|---|
| **Name and Address of Petitioner**<br><br>D & L Partners, L.P.*<br>c/o Conrad & Scherer, LLP<br>633 South Federal Highway<br>Ft. Lauderdale, FL 33301 | **Nature of Claim**<br><br>Breach of agreement and liability re: Scott Rothstein-related ponzi scheme | **Amount of Claim**<br><br>42,387,702.98 |
| **Name and Address of Petitioner**<br><br>The Von Allmen Dynasty Trust*<br>c/o Conrad & Scherer, LLP<br>633 South Federal Highway<br>Ft. Lauderdale, FL 33301 | **Nature of Claim**<br><br>Breach of agreement and liability re: Scott Rothstein-related ponzi scheme | **Amount of Claim**<br><br>1,877,135.84 |
| **Name and Address of Petitioner**<br><br>Dean Kretschmar*<br>c/o Conrad & Scherer, LLP<br>633 South Federal Highway<br>Ft. Lauderdale, FL 33301 | **Nature of Claim**<br><br>Breach of agreement and liability re: Scott Rothstein-related ponzi scheme | **Amount of Claim**<br><br>7,604,939.67 |
| Note: If there are more than three petitioners, attach additional sheets with the statement under penalty of perjury, each petitioner's signature under the statement and the name of attorney and petitioning creditor information in the format above. | | **Total Amount of Petitioners' Claims**<br><br>$ 51,869,778.49 |